IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

MATTHEW C. STECHAUNER,

                Plaintiff,

    v.                                                         MEMORANDUM

PAUL KEMPER, LAVAIL JAMISON,                     17-cv-582-jdp
DANA BROWN, and KIM EINWALTER,

                Defendants.
_____

      Attached are draft versions of the voir dire, jury instructions, and verdict form for the parties' review prior to the final pretrial conference.

      Entered June 13, 2019.

                                          BY THE COURT:

                                          /s/
                                          _____
                                          JAMES D. PETERSON
                                          District Judge