UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

MATTHEW C. STECHAUNER,
Petitioner, Plaintiff, Appellant

v.

PAUL KEMPER, et.al.,
Defendants, Appellees, Respondent

Case No: 17-CV-582-JdP

---

NOTICE of APPEAL

---

Notice is hereby given that petitioner Appellant, Plaintiff, Matthew C. Stechauner in the above named case, hereby appeals to the united states Court of Appeals for the 7th Circuit from Jury verdict against Plaintiff by U.S. Cheif Judge James D. Peterson western District Court of wisconsin entered in this action on June 24th, 2019 ruled against Plaintiff and Jury ruled for Paul Kemper, Lavail Jamison, Dana Brown favor.

Dated: 6-28-19

Signed Matthew Stechauner
Matthew C. Stechauner #378235
O.S.C.I. P.O. Box 3310 Oshkosh, WI 54903