IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MATTHEW C. STECHAUNER,

        Plaintiff,

v.

EDWARD F. WALL, CATHY JESS,
JAMES GREER, PAUL KEMPER,
JASON ALDANA, KRISTEN VASQUEZ,
LAVAIL JAMISON, DANA BROWN,
DISMUKE, LORA BLASIUS,
KREMBS, and KIM EINWALTER,

        Defendants.

Case No. 17-cv-582-jdp

---

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing plaintiff Matthew C. Stechauner claims against Edward F. Wall, Cathy Jess, James Greer, Jason Aldana, Kristen Vasquez, Dismuke, Lora Blasius, and Krembs and granting default judgment against defendant Kim Einwalter. Matthew Stechauner is awarded compensatory damages of $2,500 and punitive damages of $2,500 against Kim Einwalter.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendants Paul Kemper, Lavail Jamison, and Dana Brown in accordance with the jury's verdict.

Approved as to form this __23__ day of July, 2019.

_____
James D. Peterson
District Judge

_____, deputy clerk        7/24/2019
Peter Oppeneer                                     Date
Clerk of Court