Case: 19-2249 Document: 00713486611 Filed: 09/17/2019 Pages: 2

USCA-7th Circuit
RECEIVED
AUG 22 2019
GINO J. AGNELLO
CLERK

IN THE SEVENTH CIRCUIT COURT OF APPEALS

MATTHEW C. Stechauner,
Plaintiff-Appellant

V.                                    Case No: 19-2249

PAUL S. Kemper, et.al.,
Defendants.

BRIEF MEMORANDUM FOR JURISDICTIONAL REASONS

Comes now Plaintiff-Appellant with my brief memorandum stating why my appeal should not be dismissed.

First and for most I got a sixth grade reading level and do not know how to do legal stuff and filed my notice of appeal do to I lost a trial and did not know I had to wait to do a notice of appeal ~~~~~ until Kim Einwalter default claim was settled. Can I do a new notice of appeal and use case No: 19-2249? I ask this court to take jurisdiction now so I can have a inmate help me appeal. I plan on doing a counsel motion to ask this court for counsel to appoint me counsel do to my sixth grade reading level

2

is DOC #9 on Docket, I was forced to do a trial by Judge James D. Peterson with a sixth grade reading level is against Pruitt v. Mote 7th cir. case. If this court voluntary dismissal can I still appeal this case with a new notice of appeal for issues against final judgment against Kim Einwalter, Kemper, I do not know what to do in this situation 7th circuit, so what should I do?

Dated: 8-16-19

Signed Matthew Stechauner
Matthew Stechauner
#378235 O.S.C.I.
P.O. Box 3310
Oshkosh, WI 54903